**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00036-CV

**LANDAMERICA COMMONWEALTH TITLE COMPANY, ET AL., Appellants**

**V.**

**MICHAEL WIDO, ET AL., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-17536**

## ORDER

The reporter's record in this case is overdue. By postcard dated January 16, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. To date, the reporter's record has not been filed.

We **ORDER** Renee Drake, Official Court Reporter for the 44th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellants have not paid or made arrangements to pay for the record. *We notify appellants that if we receive verification they have not requested, paid for, or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:


Renee Drake
Official Court Reporter, 44th Judicial District Court


/s/     CAROLYN WRIGHT
CHIEF JUSTICE